# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**HAROLD JOE BLACK**                                        **CIVIL ACTION**

**VERSUS**

                                                            **NO. 16-799-JWD-RLB**

**LOUISIANA DEPARTMENT OF CORRECTION**

## ORDER

Before the Court is Plaintiff's Motion to Compel Discovery (R. Doc. 49) filed on February 22, 2018. Plaintiff seeks an order requiring the Louisiana Department of Public Safety and Corrections ("LDPSC") to respond to certain discovery requests filed in the record. (*See* R. Docs. 50, 51, 52, and 53). The motion is opposed. (R. Doc. 55).

Rule 37(a)(1) of the Federal Rules of Civil Procedure provides that any motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Failure to comply with the meet and confer requirement may constitute sufficient reason to deny a motion to compel. *Shaw Grp. Inc. v. Zurich Am. Ins. Co.*, No. 12-257, 2014 WL 4373197, at *3 (M.D. La. Sept. 3, 2014); *see also Forever Green Athletic Fields, Inc. v. Babcock Law Firm, LLC*, No. 11-633 (M.D. La. July 2, 2014) (denying motion to compel where defense counsel made a single attempt by email to meet and confer and did not do so in a good faith effort to resolve the dispute without court intervention). The instant motion to compel does not contain the required Rule 37(a)(1) certification. Accordingly, the motion will be denied on that basis.

Furthermore, LDPSC represents that Plaintiff did not propound any discovery requests prior to the filing of the instant motion to compel. (R. Doc. 55 at 4). Plaintiff does not provide

any indication that the discovery requests filed in the record have been served on LDPSC. Accordingly, the motion will also be denied on the basis that Plaintiff has not provided any evidence the instant discovery requests were served on LDPSC.

For the foregoing reasons,

**IT IS ORDERED** that Plaintiff's Motion to Compel Discovery (R. Doc. 49) is **DENIED**. The parties shall bear their own costs.

Signed in Baton Rouge, Louisiana, on March 2, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**