# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO.: 3:16-CV-799-JWD-RLB |
| VERSUS | |
| | JUDGE JOHN W. deGRAVELLES |
| LOUISIANA DEP'T OF CORRECTION, ET AL. | |

## RULING AND ORDER

On March 15, 2018, the Magistrate Judge ordered Plaintiff, who is proceeding *pro se*, to show cause, in writing, why his claims against defendant Susan Griffin should not be dismissed because she was not timely served. (Doc. 62). The Order to Show Cause expressly warned Plaintiff that failure to respond could result in the dismissal of his claims against Griffin without further notice from the Court. (*Id.*). A response was due March 29, 2018, but, although Plaintiff subsequently filed several documents with the Court concerning other issues, to date he has not addressed the issue raised in the Order to Show Cause.

The Court has reviewed the record in this case, including the Order to Show Cause and an earlier Ruling and Order discussing how Plaintiff's attempts to serve Griffin were inadequate. (*See* Doc. 39 at 1-4). Although the Court has repeatedly highlighted the inadequacy of service on Griffin, Plaintiff has not borne his burden of proving that service of process was properly made. (*See id.* at 2 (citing *Familia De Boom v. Arosa Mercantile, S.A.*, 629 F.2d 1134, 1139 (5th Cir. 1980))). He also has not shown good cause for failing to timely serve. *See* Fed. R. Civ. P. 4(m).

1

For the foregoing reasons, IT IS ORDERED that Plaintiff's claims against Griffin are DISMISSED without prejudice for failure to timely effect service. *See* Fed. R. Civ. P. 4(m). Because Griffin is the sole remaining defendant in this action, the Court will enter judgment simultaneously with this Ruling and Order.

Signed in Baton Rouge, Louisiana, on <u>May 31, 2018</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**